# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00185-CR
NO. 03-12-00186-CR

**Ivan Fitzgerald Matthew, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
NOS. 63720 & 63721, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Ivan Fitzgerald Matthew, acting pro se, filed a notice of appeal from each of his two judgments of conviction for the first-degree felony offenses of aggravated assault against a public servant. *See* Tex. Penal Code Ann. § 22.02 (West 2011). However, the trial court certified that each of these cases: (1) is a plea-bargain case and Matthew has no right of appeal, and (2) Matthew waived the right of appeal. Matthew and his counsel signed both of the trial court's certifications.

Accordingly, the appeals are dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed: April 17, 2012

Do Not Publish